AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| ALMO MUSIC CORPORATION, CAT-IBO MUSIC, and ZAPPO MUSIC <br><br> *Plaintiff(s)* <br> v. <br> PUB 2019 LLC, DAVE SCHWEITZER, and SHEILA SCHWEITZER <br><br> *Defendant(s)* | Civil Action No. <br><br> 24-CV-14063 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  DAVE SCHWEITZER
1200 CAROLINA CIR SW
VERO BEACH, FL 32962

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Frederick Page
Bishop Page & Mills
510 N Julia Street, Jacksonville, FL 32202
904-598-0034

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date: Mar 5, 2024

Angela E. Noble
Clerk of Court

s/ Dimas Rodriguez
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | | |
|---|---|---|
| ALMO MUSIC CORPORATION, CAT-IBO MUSIC, and ZAPPO MUSIC<br><br>*Plaintiff(s)*<br>v.<br>PUB 2019 LLC, DAVE SCHWEITZER, and SHEILA SCHWEITZER<br><br>*Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No.<br><br>24-CV-14063 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  PUB 2019 LLC

        C/O
        DAVE SCHWEITZER
        1200 CAROLINA CIR SW
        VERO BEACH, FL 32962

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Frederick Page
Bishop Page & Mills
510 N Julia Street, Jacksonville, FL 32202
904-598-0034

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

Date: Mar 5, 2024

Angela E. Noble
Clerk of Court

*s/ Dimas Rodriguez*
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| ALMO MUSIC CORPORATION, CAT-IBO MUSIC, and ZAPPO MUSIC <br><br> *Plaintiff(s)* <br> v. <br> PUB 2019 LLC, DAVE SCHWEITZER, and SHEILA SCHWEITZER <br><br> *Defendant(s)* | Civil Action No. <br><br> 24-CV-14063 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  SHEILA SCHWEITZER
1200 CAROLINA CIR SW
VERO BEACH, FL 32962

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Frederick Page
Bishop Page & Mills
510 N Julia Street, Jacksonville, FL 32202
904-598-0034

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Date: Mar 5, 2024

Angela E. Noble
Clerk of Court

**SUMMONS**

s/ *Dimas Rodriguez*
Deputy Clerk
U.S. District Courts